# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

First Franklin Financial Corporation,

        Plaintiff,

v.

Commonsense Mortgage, Inc.,

        Defendant.

Case No. 0:07-cv-03628 (MJD/AJB)

**ORDER FOR ENTRY OF**
**<u>DEFAULT JUDGMENT</u>**

This matter comes before the Court upon Motion of Plaintiff First Franklin Financial Corporation, ("Plaintiff") for an order entering judgment against Defendant Commonsense Mortgage, Inc. ("Defendant") for failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.  Based upon the briefs of counsel and the files, records, and proceedings herein, the Motion is granted. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Default judgment is entered against Defendant;

2. Defendant shall pay the amount of $98,242.24, plus interest to Plaintiff;

3. Defendant shall pay to Plaintiff its reasonable attorney's fees and costs incurred in bringing this litigation, for a total amount of $9,652.53; and

4.   Judgment in the total amount of $107,894.77 shall be entered against

Defendant.

Dated the 9th day of November, 2007.

s / Michael J. Davis

The Hon. Michael J. Davis
United States District Court Judge
District of Minnesota

Civil No. 07-3628

= "LAST PAGE ONLY"  = 1 4832-8374-68171